| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:09-CV-465
　　　　　　　　　　　　　　　§
BRYCO ARMS, MODEL 38, .380 §
CALIBER PISTOL, SERIAL §
NUMBER 07844412, ET. AL. §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　　　The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to a Referral Order entered on June 16, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiff's motion for default judgment and enter final judgment in this matter.

　　　　The magistrate judge's report is hereby **ADOPTED**. It is

　　　　**ORDERED** that plaintiff's motion for default judgment (Docket No. 6) is **GRANTED**. The purpose of the referral having been served, it is further

　　　　**ORDERED** that the reference to the magistrate judge is **VACATED**.

　　　　SIGNED at Beaumont, Texas, this 4th day of January, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE